UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

UNITED STATES OF AMERICA,


                                    Plaintiff,

                                                        DECISION AND ORDER

                                                        05-CR-6049L


                        v.

COURTNEY WAYNE MUNROE,


                                    Defendant.
_____


        Defendant, Courtney Wayne Munroe, filed *pro se* motions (Dkt. ##16, 17) for a reduction

of his sentence.  The motions are denied.

        IT IS SO ORDERED.


                                _____
                                        DAVID G. LARIMER
                                    United States District Judge


Dated: Rochester, New York
        June 27, 2008.